Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    v.

THOMAS BROOKE,
CRAIG GREER, and
KEVIN KOGAN,

                                    Defendants.

NO. CR14-165RAJ

ORDER CONTINUING TRIAL DATE
AND SETTING CASE SCHEDULE

The Court, having reviewed the record and files in this case and after a
consideration of all relevant information and the circumstances of this case, finds that the
ends of justice will best be served by continuing the trial date to January 19, 2016, and
orders the parties to comply with the complex case schedule set forth below.  The ends of
justice outweigh the best interests of the public and the defendants in having the matter
brought to trial sooner.

SCHEDULING ORDER - 1
CR14-165RAJ

The Court makes the following findings:

1.     The government and defense counsel have indicated that the discovery in this case is voluminous and complex; involves the analysis of multiple computer systems and storage devices; and involves an alleged conspiracy that spanned multiple years.

2.     Based on the foregoing, the Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3.     The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the defendants would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

4.     The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is unusual and complex, due to the nature of the prosecution, the existence of potentially novel questions of fact or law, the location of witnesses outside of this district, and the volume of discovery, and it therefore would be unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161, *et seq.*

5.     The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), that the period of delay is reasonable.

Any and all period of delay resulting from this continuance, from the date of this order, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for purposes of computation of the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161 through 3164.

It is therefore ORDERED that the Joint Defense Motion to Continue Pretrial Motions Deadline and Trial Date (Dkt. #132) is GRANTED.  The trial in this matter is hereby continued from September 14, 2015 to January 19, 2016, at 9:00 a.m., and that the parties shall observe the following case schedule:

SCHEDULING ORDER - 2
CR14-165RAJ

| Event | Deadline/Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | Effective date of this order |
| Government to provide first preliminary exhibit list and exhibits. | August 24, 2015 |
| Government to provide expert disclosure with Rule 16 written summary | September 4, 2015 |
| Government to provide second preliminary exhibit list and exhibits. | September 21, 2015 |
| Deadline to file pretrial motions. Responses due October 19, 2015; Reply briefs due October 27; Noting Date: October 30, 2015 | September 28, 2015 |
| Status Conference | October 2, 2015 at 11 a.m. |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | October 13, 2015 |
| Defendants to provide expert disclosure with Rule 16 written summary | October 16, 2015 |
| Government to provide FRE 404(b) notices | October 16, 2015 |
| Defendants to provide notice of objections (other than to relevance) to the admissibility any documentary exhibits on the government's preliminary exhibit list | October 25, 2015 |
| Government to provide rebuttal expert disclosures | October 30, 2015 |

SCHEDULING ORDER - 3
CR14-165RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Status Conference/Motions Hearing | October 30, 2015 at 9 a.m. |
| Parties to file motions in limine in addition to any motions re: 404(b) and inextricably intertwined evidence.  Responses due December 4, 2015; Reply briefs due December 11, 2015; Noting Date: December 11, 2015 | November 13, 2015 |
| Status Conference/Motions Hearing | December 18, 2015 at 9 a.m. |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006 | December 28, 2015 |
| Government's witness list and exhibit list related to its case-in-chief; Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any) | December 29, 2015 |
| Defendants to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defendants to provide rebuttal expert witness disclosures | January 5, 2016 |
| Defendants' witness list and exhibit list related to its case-in-chief; Defendants to produce Jencks Act materials | January 6, 2016 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | January 6, 2016 |
| Pretrial Conference | January 8, 2016 at 9 a.m. |
| Trial | January 19, 2016 at 9 a.m. |

///

///

///

SCHEDULING ORDER - 4
CR14-165RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      IT IS FURTHER ORDERED that the period of time from the date of this order, up

2

3 to and including the new trial date of January 19, 2016, shall be excludable time under

4 the Speedy Trial Act, 18 U.S.C. § 3161 *et.seq.*

5      DATED this 22nd day of July, 2015.

6

7

8 _____

The Honorable Richard A. Jones
9 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULING ORDER - 5
CR14-165RAJ