Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> THOMAS BROOKE, <br><br> Defendant. | CASE NO. CR14-0165RAJ <br><br> **ORDER OF FORFEITURE** |

THIS MATTER having come before the Court on the government's motion for entry of an order of forfeiture and and the Court having reviewed the motion and the record in the case, and being fully advised, finds,

On July 7, 2014, Defendant THOMAS BROOKE entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offenses charged in Counts 1 and 4 of the Indictment, Conspiracy to Distribute Controlled Substances by Means of Internet, in violation of Title 21, United States Code, Sections 823(f), 841(h)(1), 841(b)(1)(E), and 846; and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1) and (h), and further agreed to forfeit to the United States a money judgment Three-Hundred Fourteen Thousand, Four Hundred Thirty-Five Dollars ($314,435.00), representing proceeds obtained as a result of the offenses charged in Counts 1 and 4 of the Indictment, and

ORDER OF FORFEITURE - 1
*U.S. v. Thomas Brooke* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States:

> A Money Judgment totaling Three-Hundred Fourteen Thousand, Four Hundred Thirty-Five Dollars ($314,435.00), representing proceeds obtained as a result of the offenses charged in Counts 1 and 4 of the Indictment.

which is subject to forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant as of the time of sentencing, and shall be made part of the sentence and included in the judgment;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $314,435.00 to satisfy the money judgment in whole or in part; and

The Clerk of the Court is directed to send a copy of this Order of Forfeiture to all counsel of record.

IT IS SO ORDERED.

DATED this 18th day of March, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 2
*U.S. v. Thomas Brooke* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970